DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

24 SEPTEMBER 2015

| 003P10-2 | State v. Steven L. Peoples | Def's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 | Dismissed |
|---|---|---|---|
| 005PA15 | Commscope Credit Union v. Butler and Burke, LLP, et al. | 1. Plt's Motion to Remove James L. Wright, Third Party Defendant<br><br>2. Plt's Motion to Withdraw Motion to Remove. | 1. —<br>**09/02/2015**<br><br>2. Allowed<br>**09/02/2015**<br><br>**Beasley, J., recused** |
| 008PA14 | High Point Bank and Trust Company v. Highmark Properties, LLC, Mitchell Blevins, Cynthia Blevins, Charles Williams, and Janice Williams | Plt's Motion for the Court to Take Judicial Notice | Dismissed as moot<br><br>**Ervin, J., recused** |
| 008PA14 | High Point Bank and Trust Company v. Highmark Properties, LLC, Mitchell Blevins, Cynthia Blevins, Charles Williams, and Janice Williams | Defs' Motion to Strike | Dismissed as moot<br><br>**Ervin, J., recused** |
| 019PA14 | State v. Randy Benjamin Bartlett | Def's Motion to Take Judicial Notice | Allowed |
| 024PA15 | State v. Juan Carlos Benitez | 1. Def's Petition for *Writ of Certiorari* to Review Order of Superior Court of Lee County<br><br>2. State's Motion to Strike Petition for *Writ of Certiorari* | 1. Dismissed<br><br><br>2. Dismissed as moot |
| 032PA15 | Eastern Carolina Regional Housing Authority v. Sherbreda Lofton | Motion to Admit Erik R. Zimmerman *Pro Hac Vice* | Allowed<br>**09/01/2015**<br><br>**Ervin, J., recused** |
| 050P12-3 | Ovarias Verdad Criego-El v. State | 1. Plt's *Pro Se* Motion for Judicial Notice<br><br>2. Plt's *Pro Se* Motion for Judicial Notice | 1. Dismissed<br><br>2. Dismissed |
| 071P15 | State v. Christopher Allen Reese | Def's PDR Under N.C.G.S. § 7A-31 (COA14-593) | Denied |
| 091P14-3 | State v. Salim Abdu Gould | 1. Def's *Pro Se* Motion of Leave to File Individual *Writ of Certiorari*<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Dismissed<br><br><br>2. Allowed |